IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR12 |
| | ) | |
| vs. | ) | |
| | ) | |
| ELISEO BARRERA-PERAZA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's Motion to Continue Trial [29]. As the parties negotiate, Defendant continues to prepare for trial. An additional 30 days would provide the parties with an opportunity to best frame the issues and the greatest opportunity for resolution without trial. For good cause shown,

**IT IS ORDERED** that defendant's Motion to Continue Trial [29] is granted, as follows:

1. The jury trial, now set for May 4, 2021, is continued to **June 1, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 1, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** April 27, 2021.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge