**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:21CR12** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **ELISEO BARRERA-PERAZA,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

      This matter is before the court on the defendant's Motion to Continue Trial [35]. Counsel needs additional time to prepare for trial or resolve the matter short of trial. For good cause shown,

      **IT IS ORDERED** that the Motion to Continue Trial [35] is granted, as follows:

1.  The jury trial, now set for July 6, 2021, is continued to **August 17, 2021.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 17, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3.  **No further continuances will be granted without a hearing before the undersigned magistrate judge.**

**DATED:  July 2, 2021.**

                        **BY THE COURT:**

                        **s/ Michael D. Nelson**
                        **United States Magistrate Judge**